**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7800**

---

GARY DWAYNE WARD,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-00-893-2)

---

Submitted:  April 3, 2002          Decided:  April 17, 2002

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gary Dwayne Ward, Appellant Pro Se.  Richard Bain Smith, Assistant
Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Dwayne Ward seeks to appeal the district court's judgment denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Ward v. Angelone, CA-00-893-2 (E.D. Va. Sept. 27, 2001). We deny Ward's motion to hold the case in abeyance pending a Supreme Court decision in Mickens v. Taylor, ___ U.S. ___, 2002 WL 459251 (U.S. Mar. 27, 2002) (No. 00-9285), as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2